# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−82314

IN THE MATTER OF:
Tamara Leigh Hansbrough    xxx−xx−6898
2 Abernathy Street
Chapel Hill, NC 27517

Debtor(s)

## NOTICE OF REQUIREMENT FOR FINANCIAL MANAGEMENT COURSE

    This Notice is to serve as a reminder that pursuant to 11 U.S.C. § 727(a)(11) and Bankruptcy Rule 1007(c), in order for the Court to grant a discharge to an individual debtor in a chapter 7 case, the debtor must complete an instructional course concerning personal financial management from an approved agency. Pursuant to a Standing Order of this Court, after completion of the instructional course by the debtor, the debtor must file with the Court the Certificate issued by the agency that provided the instructional course which attests to the completion of the personal financial management course by the debtor in order to satisfy the requirements of Bankruptcy Rule 1007(b)(7). **The Certification must be filed within 45 days after the first date set for the §341 Creditors Meeting.**

    The Order of Discharge cannot be entered if the debtor does not comply with this requirement. If the required Certification is not filed, the case will be closed without the entry of a discharge. If this occurs and the debtor subsequently files a Motion to Reopen the case, a filing fee of $260 will be required.

    A list of approved Debtor Education Providers is available on the court's website at www.ncmb.uscourts.gov

Dated: 2/4/10                                                          OFFICE OF THE CLERK
                                                                       U.S. BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

```
District/off: 0418-1          User: admin              Page 1 of 1              Date Rcvd: Feb 04, 2010
Case: 09-82314                Form ID: 297             Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 06, 2010.
db          +Tamara Leigh Hansbrough,   2 Abernathy Street,   Chapel Hill, NC 27517-6213

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2010**                         Signature:     _/s/ Joseph Speetjens_