UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 09-82314 |
| TAMARA LEIGH HANSBROUGH, ) | |
| ) | Chapter 7 |
| Debtor ) | |

**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT**
**OBJECTING TO DISCHARGEABILITY OF A DEBT UNDER 11 U.S.C. § 523**

This matter came before the undersigned United States Bankruptcy Judge for the Middle District of North Carolina, Durham Division, on the motion of Lisa Fritz for an extension of time to file a complaint (the "Motion") pursuant to 11 U.S.C. § 523 objecting to the dischargeability of the debt asserted by Lisa Fritz against the Debtor; and

IT APPEARING that the Debtor does not object to the extension of time requested by Ms. Fritz and that no objections to the Motion were timely filed; and

IT FURTHER APPEARING that good cause exists to grant the relief requested and that the Motion should be granted;

**WHEREFORE**, IT IS ORDERED that the Motion be and is hereby granted and the deadline for Lisa Fritz to file a complaint pursuant to 11 U.S.C. § 523 objecting to the dischargeability of the debt asserted by her against the Debtor in this case be extended to and including April 29, 2010.

Parties in interest

Michael D. West, Esquire
U.S. Bankruptcy Administrator
P. O. Box 1828
Greensboro, NC 27402

John A. Northen, Esquire
P. O. Box 2208
Chapel Hill, NC 27514-2208

Edward C. Boltz, Esquire
Suite D
1738 Hillandale Rd.
Durham, NC 27705

Rayford K. Adams III, Esquire
Higgins Benjamin Eagles & Adams, PLLC
P. O. Box 20570
Greensboro, NC 27420-0570